**No. 09-11502. Stephen M. Kessler, Petitioner v. Jeff Premo, Superintendent, Oregon State Penitentiary.**

562 U.S. 884, 131 S. Ct. 391, 178 L. Ed. 2d 126, 2010 U.S. LEXIS 6786.

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Oregon denied.

Same case below, 233 Or. App. 510, 226 P.3d 130.